# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

SHAWN P. MORROW,

    Plaintiff,

v.                                                   Case No. 3:19-cv-183-J-32JRK

BILLY NIMNICK and LEE
NIMNICK,

    Defendants.

_____

## **O R D E R**

This case is before the Court on pro se Plaintiff Shawn P. Morrow's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 3). On May 21, 2019, following the issuance of two Orders to which Plaintiff failed to respond (Docs. 4, 6), the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 7) recommending that this case be dismissed without prejudice for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida, and that the Clerk be directed to terminate all pending motions and close the file.

No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ.

P. 72(b); M.D. Fla. R. 6.02(a). Upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 7), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 7) is **ADOPTED** as the opinion of the Court.

2. This case is **DISMISSED without prejudice** for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

3. The Clerk shall terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 7th day of June, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

sej
Copies to:

Honorable James R. Klindt
United States Magistrate Judge

Pro se Plaintiff